USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

DOV SEIDMAN, et al., :

                Plaintiffs, : 14 Civ. 4050 (PGG)(HBP)

  -against- :

                              ORDER

CHOBANI LLC, et al., :

                Defendants. :

-----------------------------------X

       PITMAN, United States Magistrate Judge:

       A conference having been held in this matter on April, 23, 2015, during which several discovery matters were discussed, for the reasons stated on the record in open court, it is hereby ORDERED that:

       1. Plaintiffs' motion to enforce the February 12, 2015 subpoena of nonparty TPG Capital, L.P. ("TPG") is denied without prejudice to renewal if further discovery discloses that defendants do not have possession, custody or control of relevant documents and there is reason to believe that TPG has such documents. To the extent the subpoena seeks documents concerning the quality of defendants' product, production methods, recalls, production issues, management, etc., the motion is denied with prejudice.

2. Plaintiffs' motion to compel Chobani's production of documents responsive to plaintiffs' February 13, 2015 document requests 11-18 and 20 is denied.

Dated:  New York, New York
        April 24, 2015

SO ORDERED

/s/ Henry Pitman

HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Joseph C. Lawlor, Esq.
Richard D. Rochford, Jr., Esq.
Haynes & Boone LLP
30 Rockefeller Plaza
26th Floor
New York, New York 10112

David A. Kluft, Esq.
Julia Huston, Esq.
Anthony E. Rufo, Esq.
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210

Claudia E. Ray, Esq.
Bonnie L. Jarrett, Esq.
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York 10022

Martin Crisp, Esq.
Dora Reppucci, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036