# EXHIBIT E

**REDACTED DUE TO
CONFIDENTIAL BUSINESS INFORMATION**