# haynes*boone*

Direct Phone Number: (212) 659-4984
Direct Fax Number: (212) 884-9572
Richard.Rochford@haynesboone.com

June 24, 2015

VIA ECF AND FAX – 212-805-7986

Hon. Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/15
```

Re: *Seidman et al. v. Chobani, LLC et al.*, 14-CV-4050

Dear Judge Gardephe:

We represent plaintiffs Dov Seidman and LRN Corporation in the above-captioned matter. Because of vacation plans, we respectfully request that the status conference scheduled for July 2, 2015 be adjourned to July 16, 2015, with premotion letters by any party who intends to move for summary judgment submitted by June 24, 2015, and opposition letters submitted by July 8, 2015. Defendants Chobani, LLC and Droga5, LLC consent to this request.

Thank you for your consideration.

Respectfully submitted,

Richard D. Rochford

cc: Counsel of record (via ECF)

**MEMO ENDORSED**

The Application is granted. The Conference is adjourned to July 16, 2015 at 10:00 A.M.
SO ORDERED:
The Clerk will terminate
Dkt. No. 37.

Paul G. Gardephe, U.S.D.J.
Dated: June 29, 2015

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone 212.659.7300
Fax 212.918.8989
www.haynesboone.com

15222793_1